UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANTE R. IANNI,

        Plaintiff,                          No. 13-11527

v.                                        District Judge David M. Lawson
                                               Magistrate Judge R. Steven Whalen

COUNTY OF OAKLAND and
OAKLAND COUNTY PROSECUTOR'S
OFFICE,

        Defendants.
                                      /

**ORDER**

        Before the Court is Defendants' Motion to Compel Discovery [Doc. #20], filed on December 20, 2013. Plaintiff has not filed a response; I therefore consider the motion unopposed, and the motion will be GRANTED.

        At ¶ 3, Defendants state that "[d]espite repeated requests, Plaintiff has filed to respond to Defendant's First Interrogatories and First Request for Production of Documents and has failed to provide signed medical records authorizations." Plaintiff will respond to those requests and produce the requested information within 14 days of the date of this Order.

        Plaintiff's failure to comply with this Order will result in the imposition of sanctions under Fed.R.Civ.P. 37.

        IT IS SO ORDERED.


Dated: January 13, 2014                  s/ R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 13, 2014, electronically and/or by U.S. mail.

                                                 s/Michael Williams
                                                 Case Manager to the
                                                 Honorable R. Steven Whalen